# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

ORIGINAL

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 08 civ. 5097 |
| DEFENDANT | TYPE OF PROCESS |
| $16,650 USC and One 2008 Gold Ford F-150 | Publication |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

USMS - SDNY

**AT** ADDRESS: 500 Pearl Street, New York, New York 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL J. GARCIA, U.S. ATTORNEY - SDNY
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NEW YORK
ATTENTION: ABIGAIL SEDA

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Please publish the following notice of publication in a newspaper of general circulation one time.

CATS # 08-dea-494616, 495112    FSA paralegal Abigail Seda, 212-637-2559

| Signature of Attorney or other Originator requesting service on behalf of: AUSA BARBARA WARD | x PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 212-637-1048 | DATE 6/5/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk | Date 6/5/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 7/9/08

**REMARKS:** 7/9/08 - Notice was published in the New York Law Journal on June 13, 2008. (copy attached)

08-5097-3

U.S. ATTORNEY COPY

**STATE OF NEW YORK**
**County of New York,**  s:

Nellie Gonzalez, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** one time on the 13th day of June, 2008.

TO WIT: JUNE 13, 2008

SWORN TO BEFORE ME, this 13th day Of June, 2008.

*Nellie Gonzalez*

*Cynthia Byrd*
Cynthia Byrd
Notary Public, State of New York
No. 01BY6056945
Qualified in Kings County
Commission Expires April 09, 2011

---

**USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94**

UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF NEW YORK — On June 3, 2008, the United States of America commenced a civil action demanding forfeiture thereof under the provisions of 18 U.S.C. §981(a)(1)(A), 21 U.S.C. §§881(a)(4) and (a)(6), as property used or intended for use to transport and facilitate the transportation, sale, receipt, possession and concealment of a controlled substance as property involved in transactions in violation of 18 U.S.C. §§1956, 1957 and 984, and monies furnished or intended to be furnished in exchange for a controlled substance, and proceeds traceable to such an exchange, against the following assets: $16,650 in United States Currency and One 2008 Gold Ford F-150 Extended Cab Lariat, VIN 1FTPW14538FA13715, 08 Civ. 5097 (RJS).

Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by July 13, 2008, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any persons with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.

FOR NOTICE OF PUBLICATIONS GO TO: WWW.FORFEITURE.GOV

On December 1, 2006, Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule now governs procedures for civil and criminal asset forfeiture actions in the federal courts. Notice of judicial forfeiture actions has traditionally been published in newspapers. The new rule now permits publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates these forfeiture notices that have been traditionally published in newspapers. This site is currently fully operational; civil and criminal forfeiture notices will continue to be published in newspapers for a period of time before newspaper publication is eventually abandoned in favor of this website. The website contains a comprehensive list of pending notices of both civil and criminal forfeiture actions in United States District Courts around the country.

Dated: New York, New York June ___, 2008
MICHAEL J. GARCIA
U.S. Attorney/SDNY
JOSEPH R. GUCCIONE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

==============================================================

UNITED STATES OF AMERICA,

    - v -

$16,650 IN UNITED STATES CURRENCY,
and

ONE 2008 GOLD FORD F-150 EXTENDED CAB LARAIT,
VIN 1FTPW14538FA13715

                    Defendant.

==============================================================

## NOTICE OF PUBLICATION
## 08 Cr. 5097

==============================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-1048

                                        BARBARA A. WARD
                                        **Assistant United States Attorney**
                                           **-Of Counsel-**